**Order entered May 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00517-CV

**ROBERT B MCCOY JR. (SELF) AND SOLE MEMBER LLC OF MCCOY MOTORS, LLC, Appellant**

**V.**

**STRATEGIC DEALER SERVICES, L.P., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10735**

## ORDER

This is a restricted appeal from a default judgment against McCoy Motors, LLC d/b/a Ride Fast and Robert B. McCoy, Jr. The appeal was filed by Robert B. McCoy (Self) and Sole Member LLC of McCoy Motors, LLC, appearing pro se.

By letter dated May 10, 2019, the Court informed the parties that, to the extent McCoy Motors LLC is appealing the judgment that is the subject of this appeal, McCoy Motors would need to retain counsel. *See Kunstoplast of Am. Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam) ("Generally a corporation may be represented only by a licensed attorney[.]"). We directed McCoy Motors to file, within thirty days, a notice of designation of counsel. By motion filed May 20, 2019, McCoy Motors seeks a sixty-day extension.

We **GRANT** the motion to the extent we **ORDER** McCoy Motors to file the notice of designation of counsel no later than July 9, 2019.

/s/ BILL WHITEHILL
   JUSTICE